PERRY D. CAMINIS ET AL. *v.* AUSTIN TROY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 112 Conn. App. 546 (AC 28955), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the trial court erred in rendering a judgment declaring the littoral boundary of the plaintiffs' property?

"2. Did the Appellate Court properly determine that the trial court correctly denied the plaintiffs' request for an injunction?"

ROGERS, C. J., and McLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18335.

*David Thomas Ryan, Dwight H. Merriam, Linda L. Morkan* and *John P. Casey,* in support of the petition.

*Robert F. Maslan, Jr.,* and *Carolyn Colangelo,* in opposition.

Decided April 8, 2009

DEBORAH POREMBA, ADMINISTRATRIX (ESTATE OF DANIEL LISI) *v.* YALE-NEW HAVEN HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 687 (AC 29178), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Neil Johnson,* in support of the petition.

*George Catlett,* in opposition.

Decided April 8, 2009